```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04348
   VALERE G ALSTON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6144


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/12/07 .

   2.  The case was dismissed without confirmation, 07/20/2007.

   3.  The Debtor paid a total of $    945.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00           .00          .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE  NOT FILED            .00          .00
WILL COUNTY TREASURER    SECURED               .00           .00       333.32
DRIVE FINANCIAL          UNSECURED      NOT FILED            .00          .00
CREDIT PROTECTION ASSOC  UNSECURED      NOT FILED            .00          .00
LINEBARGER GOGGAN BLAIR  UNSECURED      NOT FILED            .00          .00
NICOR GAS                UNSECURED      NOT FILED            .00          .00
PALISADES COLLECTION     UNSECURED      NOT FILED            .00          .00
RMI/MCSI                 UNSECURED      NOT FILED            .00          .00
RMI/MCSI                 UNSECURED      NOT FILED            .00          .00
SAMS CLUB                UNSECURED      NOT FILED            .00          .00
SEARS BKRUPTCY RCVRY MGM UNSECURED      NOT FILED            .00          .00
SAUK VILLAGE             UNSECURED      NOT FILED            .00          .00
WFNNB                    UNSECURED      NOT FILED            .00          .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00         .00          .00
PRINCIPAL PAID      333.32         .00          .00         .00       333.32
INTEREST PAID          .00         .00          .00         .00          .00
TOTAL PAID          333.32         .00          .00         .00       333.32
The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $    585.00
and was paid $     86.00   direct and $    587.12  through the plan.

The Trustee received $     24.56 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 10/09/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE